# United States Court of Appeals
## For the First Circuit

Nos. 19-1027
     19-1745

UNITED STATES,

Appellee,

v.

LUIS SOLÍS-VÁSQUEZ, a/k/a Brujo,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 20, 2021, is amended as follows:

On page 8, line 16, replace "statue" with "statute"